UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23604-CIV-WILLIAMS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**SOUTH MOON SALES, INC., a
foreign for-profit corporation,**

    Defendant.
_____/

## **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff, through undersigned counsel, moves for entry of a Clerk's default against Defendant, SOUTH MOON SALES, INC., on the following grounds:

1. Plaintiff filed his Complaint against Defendant on October 13, 2021 [ECF No. 1] and the Clerk issued a Summons on October 14, 2021 [ECF No. 3].

2. On October 15, 2021, Plaintiff effected service on Defendant by serving the Registered Agent, Cogency Global Inc. located at 115 North Calhoun Street, Suite 4, Tallahassee, FL  32301 [ECF No. 6].

4. Defendant's response to the Complaint was due on November 5, 2021.  To date, Defendant has not served any response or answer to the Complaint.  Accordingly, a Clerk's Default against this Defendant should be entered.

WHEREFORE, Plaintiff moves the Clerk of Court for entry of a Clerk's default against Defendant SOUTH MOON SALES, INC.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |

By____*s/ Roderick V. Hannah*_____      By ____*s/ Pelayo M. Duran*_____
     RODERICK V. HANNAH                 PELAYO M. DURAN
     Fla. Bar No. 435384                Fla. Bar No. 0146595

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2021, a true and correct of the foregoing was electronically filed and was served via regular U.S. Mail on the following:

Cogency Global Inc.
115 North Calhoun Street
Suite 4
Tallahassee, FL  32301

South Moon Sales, Inc.
183 Harry S. Truman Parkway
Suite 108
Annapolis, MD  21401

South Moon Under
714 East Las Olas Boulevard
Fort Lauderdale, FL  33301

                                  /s/  *Roderick V. Hannah*
                                    Roderick V. Hannah