UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VICTOR ARIZA

PLAINTIFF(S)

v.

SOUTH MOON SALES, INC.,

DEFENDANT(S).

CASE NUMBER
1:21−cv−23604−KMW

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**South Moon Sales Inc.**

as of course, on the date November 15, 2021.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Janier Arellano*
Deputy Clerk

cc:  Judge Kathleen M. Williams
     Victor Ariza

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)